IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WAYNE ROOKS, JR.                                                                    PLAINTIFF

v.                              No. 4:14-cv-149-DPM-JTK

DAVID BRADLEY, Main Elected Deputy
Sheriff, Van Buren County; RANDY MURRAY,
Head Detention Jailer and Jail Supervisor;
KENNY DUNHAM, Second Level Head Jailer
Supervisor; DOES, Brandon and Andy, Jailers,
Medication and Doctor Appointer; BRANDON
RAGLAND, Jailer; and ANDY HENSLEY                                   DEFENDANTS

ORDER

Unopposed recommendation, № 58, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Motion for partial summary judgment, № 48, granted. All claims against Bradley, Murray, Dunham, and Hensley are dismissed with prejudice. Rooks's excessive-force claim against Ragland is the only remaining claim. It appears that claim will need to be tried. If so, Magistrate Judge Kearney should appoint counsel to try the case for Rooks.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 March 2015