IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WAYNE ROOKS, JR.
ADC #123435                                                                  PLAINTIFF

v.                       No. 4:14-cv-149-DPM-JTK

DOES, Brandon and Andy, Jailers,
Medication and Doctor Appointer*;
and BRANDON RAGLAND, Jailer                                                 DEFENDANTS

## ORDER

After *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, № 73, with one correction.** FED. R. CIV. P. 72(b)(3). Rooks's objections, № 74, are overruled. His excessive-force claim against Ragland is dismissed with prejudice. *Kingsley v. Hendrickson*, No. 14-6368, 2015 WL 2473447, at *6 (U.S. 22 June 2015).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

29 June 2015

---

\* The Court directs the Clerk to terminate DOES, Brandon and Andy, Jailers, Medication and Doctor Appointer, as parties. № 60.

\*\* The second sentence under the "Introduction" heading on page 2 should read: "By Order dated March 3, 2015 (Doc. No. 60), this Court dismissed all claims against all Defendants, except the excessive force claim against Defendant Ragland."