IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WAYNE ROOKS, JR.
ADC #123435                                                                                    PLAINTIFF

v.                                  No. 4:14-cv-149-DPM

DAVID BRADLEY, Main Elected Deputy Sheriff,
Van Buren County; RANDY MURRY, Head
Detention Jailer and Jail Supervisor; KENNY
DUNHAM, Second Level Head Jailer Supervisor;
DOES, Brandon and Andy, Jailers, Medication and
Doctor Appointer; BRANDON RAGLAND, Jailer;
and ANDY HENSLEY                                                                             DEFENDANTS

JUDGMENT

Rooks's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 June 2015